UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dennis Baillargeon

v. Case No. 26-cv-515-SE-AJ

NH Attorney General

ORDER

After due consideration of the petitioner's response (doc. no. 5), in which he indicated that he "does not object to dismissal of this action for lack of subject matter jurisdiction," I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 6, 2026. For the reasons explained therein, Baillargeon's petition is dismissed, as this court lacks jurisdiction to issue a writ of error coram nobis relating to his state conviction or grant relief under the federal habeas statutes. To the extent that Baillargeon seeks relief under 28 U.S.C. § 2254, the court declines to issue a certificate of appealability.

The clerk shall enter judgment and close this case.

Samantha D. Elliott
Chief Judge

Date: September 3, 2026

cc: Dennis Baillargeon, pro se